# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| FEDERAL TRADE COMMISSION, | 2:05-cv-0440-LDG-LRL |
|---|---|
| Plaintiff, | |
| v. | |
| NETWORK SERVICES DEPOT, et al., | **ORDER DENYING DEFENDANTS' MOTION TO STAY JUDGMENT PENDING APPEAL** |
| Defendants. | |

Defendants have filed a motion to stay (#266) the execution and enforcement of this court's final judgment and order (#236) pending appeal. This motion is now moot, however, as the Ninth Circuit recently affirmed this court's decision in its entirety (#272). Accordingly,

THE COURT HEREBY ORDERS that Defendants' motion to stay judgment pending appeal (#266) is DENIED as moot.

DATED this 20 day of October, 2010.

_____
Lloyd D. George
United States District Judge