1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*
7
   Attorneys for the United States.
8

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

11

12  FEDERAL TRADE COMMISSION,           )
                                         )
13                Plaintiff,             )
                                         )
14       v.                              )  Case No.2:05-cv-00440-LDG-LRL
                                         )
15  NETWORK SERVICES DEPOT, INC.;        )
    NETWORK MARKETING, LLC, dba          )
16  Network Services Marketing;          )
    NET DEPOT, INC.;                     )
17  NETWORK SERVICES DISTRIBUTION, INC.; )
    SUNBELT MARKETING, INC.;             )
18  CHARLES V. CASTRO;                   )
    ELIZABETH L. CASTRO; and             )
19  GREGORY HIGH,                        )
                                         )
20                Defendants,            )
                                         )
21       and                             )
                                         )
22  PHYLLIS WATSON,                      )
                                         )
23                Relief Defendant.      )
    _____)
24

25       **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

26

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Zachary V. Hunter to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Hunter is an attorney with the Federal Trade Commission, an agency of the federal government. Mr. Hunter is a member in good standing of the State Bar of Florida (Bar No. 72002).

The following contact information is provided to the Court:

Zachary V. Hunter
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop M-8102B
Washington, DC 20580
Phone (202) 326-3235
Fax (202) 326-2558
Email: zhunter@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Zachary V. Hunter to practice before this honorable Court.

DATED this 22nd day of December 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Blaine Welsh
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 17 Sept 2012

2