1 | DANIEL G. BOGDEN
United States Attorney
2 | District of Nevada

3 | BLAINE T. WELSH
Assistant United States Attorney
4 | Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
5 | Las Vegas, Nevada 89101
Telephone (702) 388-6336
6 | Facsimile (702) 388-6787
Email *Blaine.Welsh@usdoj.gov*

7 | Attorneys for the United States.

8

9

10

11 |                **UNITED STATES DISTRICT COURT**

12 |                    **DISTRICT OF NEVADA**

13 | FEDERAL TRADE COMMISSION,                    )
                                                 )
14 |              Plaintiff,                      )
                                                 ) Case No. 2:05-cv-00440-LDG-LRL
15 |         v.                                   )
                                                 )
16 | NETWORK SERVICES DEPOT, INC.;               )
     NETWORK MARKETING, LLC, dba                 )
17 | Network Services Marketing;                 )
     NET DEPOT, INC.;                            )
18 | NETWORK SERVICES DISTRIBUTION, INC.;)
     SUNBELT MARKETING, INC.;                    )
19 | CHARLES V. CASTRO;                          )
     ELIZABETH L. CASTRO; and                    )
20 | GREGORY HIGH;                               )
                                                 )
21 |              Defendants; and                )
                                                 )
22 | PHYLLIS WATSON,                             )
                                                 )
23 |              Relief Defendant.              )
     _____)

24

25 |       **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

26 |       Pursuant to LR IA 10-3, the United States of America respectfully requests that this

27 | honorable Court permit Megan A. Bartley to practice before this honorable Court in all matters

28 | relating to the above-captioned case.

1

1

2

       Ms. Bartley is an attorney with the Federal Trade Commission, an agency of the federal government.  Ms. Bartley is a member in good standing of the Virginia State Bar (No. 81840).

3

       The following contact information is provided to the Court:

4

5

          Megan A. Bartley
          Federal Trade Commission

6

          600 Pennsylvania Ave., NW
          Mailstop M-8102B

7

          Washington, DC 20580
          Phone (202) 326-3424

8

          Fax (202) 326-2558
          Email: mbartley@ftc.gov

9

10

       Accordingly, the United States respectfully requests that an order be issued allowing

11

Megan A. Bartley to practice before this honorable Court.

12

       Respectfully submitted this 20th day of September 2012.

13

                      DANIEL G. BOGDEN
                      United States Attorney

14

15

                      */s/  Blaine Welsh*

16

                      BLAINE T. WELSH
                      Assistant United States Attorney

17

18

19

                      **IT IS SO ORDERED:**

20

21

                      **UNITED STATES DISTRICT JUDGE**

22

                      **DATED:**

23

24

25

26

27

28