DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone (702) 388-6336
Facsimile (702) 388-6787
Email *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 2:05-cv-00440-LDG-LRL |
| v. | )<br>) |
| NETWORK SERVICES DEPOT, INC.;<br>NETWORK MARKETING, LLC, dba<br>Network Services Marketing;<br>NET DEPOT, INC.;<br>NETWORK SERVICES DISTRIBUTION, INC.;<br>SUNBELT MARKETING, INC.;<br>CHARLES V. CASTRO;<br>ELIZABETH L. CASTRO; and<br>GREGORY HIGH; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants; and | )<br>) |
| PHYLLIS WATSON, | )<br>) |
| Relief Defendant. | )<br>) |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Megan A. Bartley to practice before this honorable Court in all matters relating to the above-captioned case.

1

Ms. Bartley is an attorney with the Federal Trade Commission, an agency of the federal government. Ms. Bartley is a member in good standing of the Virginia State Bar (No. 81840).

The following contact information is provided to the Court:

>   Megan A. Bartley
>   Federal Trade Commission
>   600 Pennsylvania Ave., NW
>   Mailstop M-8102B
>   Washington, DC 20580
>   Phone (202) 326-3424
>   Fax (202) 326-2558
>   Email: mbartley@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Megan A. Bartley to practice before this honorable Court.

Respectfully submitted this 20th day of September 2012.

>   DANIEL G. BOGDEN
>   United States Attorney
>
>   _/s/  Blaine Welsh_
>   BLAINE T. WELSH
>   Assistant United States Attorney
>
>   **IT IS SO ORDERED:**
>
>   _____
>   **UNITED STATES DISTRICT JUDGE**
>   **DATED:** _21 Sept 2012_